(111 So. 321)
### BARRY et al. v. WALKER et al. (7 Div. 319.)

(Court of Appeals of Alabama. Feb. 1, 1927.)

Appeal and error ⬅78(3)—Judgment, reciting plaintiffs took nonsuit with bill of exceptions, held insufficient to support appeal.

Judgment, sustaining demurrers to certain counts and overruling others, and reciting that plaintiffs took nonsuit with bill of exceptions, held not final disposition of cause and insufficient to support appeal.

Appeal from Circuit Court, Cleburne County; R. B. Carr, Judge.

Action by A. L. Barry and M. C. Barry against M. L. Walker and others. From the judgment, plaintiffs appeal. Appeal dismissed.

The judgment appealed from is as follows:

"And now, upon this the 15th day of March, 1926, came the parties in the said cause in their own proper persons and by their attorneys and announce ready for trial. Thereupon the court sustained demurrers to plaintiff's complaint as to counts 1, 2, 3, 4, 5, 6, and 7. And the court overruled demurrers as to counts 8. 9, 10, 11, 12, and 13. Thereupon the plaintiffs take a nonsuit with bill of exceptions, and thereupon the court entered the order of a nonsuit with bill of exceptions."

Hugh Walker, of Anniston, for appellants.

The judgment entry is sufficient for review. Ex parte Martin, 180 Ala. 622, 61 So. 905; Shields v. Byrd, 15 Ala. 818; Tate v. McCrary, 21 Ala. 500; Blackburn v. Minter, 22 Ala. 616; Palmer v. Bice, 28 Ala. 431; Downs v. Minchew, 30 Ala. 87; Laster v. Blackwell, 128 Ala. 145, 30 So. 663; Priebe v. Southern R. Co., 189 Ala. 427, 66 So. 573.

Merrill & Jones, of Heflin, for appellees.

---

⬅For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes

That there should be a judgment of the court granting a nonsuit and dismissing the case is jurisdictional. Martin v. Ala. Power Co., 208 Ala. 212, 94 So. 76; Bell v. Otts, 101 Ala. 186, 13 So. 43, 46 Am. St. Rep. 117; Garner v. Baker, 214 Ala. 385, 108 So. 38; Long v. Holley, 157 Ala. 514, 47 So. 655. An appeal will not lie from a void judgment. Holdsombeck v. Fancher, 112 Ala. 469, 20 So. 519; Carter v. Long Bros., 125 Ala. 280, 28 So. 74.

SAMFORD, J. The minute entry, appearing in the record as the judgment in the case, does not by order of the court make final disposition of the cause in the circuit court, and for that reason will not support this appeal. Martin v. Alabama Power Co., 208 Ala. 212, 94 So. 76.

The motion is granted, and the appeal is dismissed.